# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA DEE DUNCAN-GEIGER, | : CIVIL ACTION |
| Plaintiff, | : NO. 2:24-cv-00485-GEKP |
| v. | : |
| IRON HILL BREWERY, LLC D/B/A IRON HILL BREWERY & RESTAURANT, | : |
| Defendant. | : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KARA M. MACIEL, ESQUIRE

Pursuant to Local Rule of Civil Procedure 83.5.2(b) and Section VIII of this Court's General Pretrial and Trial Procedures, the undersigned attorney, Tanya A. Salgado, respectfully moves for Kara M. Maciel, Esquire ("Attorney Maciel") to be admitted in this case *pro hac vice* as co-counsel for Defendant Iron Hill Brewery, LLC d/b/a/ Iron Hill Brewery & Restaurant ("Iron Hill"). In support of this Motion, the undersigned states:

1. I entered my appearance in this case on behalf of Iron Hill on March 12, 2024. ECF 6.

2. Attorney Maciel is a partner at the law firm of Conn Maciel Carey LLP with an office at 5335 Wisconsin Avenue NW, Suite 660 Washington, D.C. 20015.

3. Attorney Maciel's telephone number is (202) 909-2730; her facsimile number is ( (202) 991-1213; and her email is kmaciel@connmaciel.com.

4. Attorney Maciel's Declaration in support of this Motion is attached as Exhibit A.

5. The undersigned's Sponsor Declaration in support of this Motion is attached as Exhibit B.

-2-

**WHEREFORE**, the undersigned respectfully requests that this Court enter an Order admitting Attorney Maciel in this action *pro hac vice* as co-counsel for Iron Hill.

Date:   March 19, 2024                                          **WHITE AND WILLIAMS LLP**

                                                                                                      BY:   */s/Tanya A. Salgado*
                                                                                                            Tanya A. Salgado
Pa. Id. No. 78604
One Liberty Place
1650 Market Street, Suite 1800
Philadelphia, PA 19103
(215) 864-6368
(215) 789-7671 (fax)
salgadot@whiteandwilliams.com
*Attorneys for Defendant Iron Hill Brewery, LLC d/b/a/ Iron Hill Brewery & Restaurant*