**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSICA DEE DUNCAN-GEIGER, | : CIVIL ACTION |
| Plaintiff, | : NO. 2:24-cv-00485-GEKP |
| v. | : |
| IRON HILL BREWERY, LLC D/B/A IRON HILL BREWERY & RESTAURANT, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Tanya A. Salgado, Esquire, hereby certify that on March 19, 2024, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Kara M. Maciel, Esquire to be served upon the following counsel of record via ECF:

Jeremy M. Cerutti, Esq.
Elizabeth H. Naughton, Esq.
Karpf Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwoods Square, Suite 128
Bensalem, PA 19029
*Attorneys for Plaintiff*

                                          **WHITE AND WILLIAMS LLP**

                                BY: */s/Tanya A. Salgado*
                                          Tanya A. Salgado
                                          *Attorneys for Defendant Iron Hill Brewery, LLC d/b/a/ Iron Hill Brewery & Restaurant*