IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA DEE DUNCAN-GEIGER, | : CIVIL ACTION |
| Plaintiff, | : NO. 2:24-cv-00485-GEKP |
| v. | : |
| IRON HILL BREWERY, LLC D/B/A IRON HILL BREWERY & RESTAURANT, | : |
| Defendant. | : |

**ORDER**

AND NOW, this _____ day of March, 2024, upon consideration of Motion for Admission *Pro Hac Vice* of Kara M. Maciel, Esquire, it is hereby ORDERED that the Motion is GRANTED and Kara M. Maciel, Esquire is admitted in this case *pro hac vice* for Defendant Iron Hill Brewery, LLC d/b/a Iron Hill Brewery & Restaurant. Counsel shall (i) familiarize and comport herself in accordance with the Pennsylvania Rules of Professional Conduct and the Rules of this Court, including this Court's policies and procedures, and (ii) presenting counsel, Tanya A. Salgado, Esquire, shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Kara M. Maciel, Esquire shall be permitted to participate in all aspects of this instant litigation on behalf of Iron Hill Brewery, LLC d/b/a Iron Hill Brewery & Restaurant.[1]

By the Court:

_____
The Hon. Gene E.K. Pratter
United States District Judge

---

[1] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf