# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JESSICA DEE DUNCAN-GEIGER**

**Plaintiff,**

v.

**CIVIL NO.: 24-485**

**IRON HILL BREWERY, LLC,**
**D/B/A IRON HILL BREWERY &**
**RESTAURANT,**

**Defendant.**

### DECLARATION OF KARA M. MACIEL

I, Kara M. Maciel the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), for purposes of appearance as co-counsel on behalf of Defendant in the above-referenced case, and in support thereof states as follows:

1. My contact information is:

    Kara M. Maciel, Esq.
    CONN MACIEL CAREY LLP
    5335 Wisconsin Ave., NW, Suite 660
    Washington, DC 20015
    Tel: (202) 909-2730
    kmaciel@connmaciel.com

2. I am admitted to practice in, and a member in good standing of, the bars of Maryland (admitted 12/12/2001) and District of Columbia (admitted 5/10/2002); the United States District Courts for the District of Maryland (admitted 4/19/2002), the District of Columbia (admitted 12/2/2002), the Northern District of Illinois (admitted 5/27/2014), and the District of Colorado (admitted 3/31/2008); and the U.S. Circuit Courts of Appeals for the Fourth Circuit (admitted 4/25/2003), Seventh Circuit (admitted 1/20/2012), and Ninth Circuit (admitted 2/27/2007), and the D.C. Circuit (admitted 5/10/2002).

3. I am not currently suspended or disbarred in any court and have not been reprimanded in any court nor has there been any action in a court pertaining to my conduct or fitness.

4.　The attorney of record for Defendant in this case, Tonya A. Salgado, Esq., of the law firm White and Williams LLP, 1650 Market St., Suite 1800, Philadelphia, PA 19103, is a member in good standing of the State Bar of Pennsylvania and is admitted to practice in this Court.

5.　I have not used generative Artificial Intelligence ("AI") in the preparation of any complaint, answer, motion, brief, or other paper filed with the Court.

6.　I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought.

7.　I affirm that I will in good faith continue to advise counsel who has moved for the pro hac vice admission of the status of the case for which pro hac vice status has been granted, of the use of AI in preparing any paper filed with the Court, and of all material developments therein.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** March 14, 2024.

Respectfully submitted,

By: *(signature)* Kara M. Maciel
Kara M. Maciel, Esq.
CONN MACIEL CAREY LLP
5335 Wisconsin Ave., NW, Suite 660
Washington, DC 20015
**Tel:** (202) 909-2730
**Email:** kmaciel@connmaciel.com

Attorney for Defendant
IRON HILL BREWERY, LLC
d/b/a
IRON HILL BREWERY & RESTAURANT