# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA DEE DUNCAN-GEIGER, | : CIVIL ACTION |
| Plaintiff, | : NO. 2:24-cv-00485-GEKP |
| v. | : |
| IRON HILL BREWERY, LLC D/B/A<br>IRON HILL BREWERY & RESTAURANT, | : |
| Defendant. | : |

**SPONSOR DECLARATION IN SUPPORT OF MOTION FOR
<u>ADMISSION *PRO HAC VICE* OF KARA M. MACIEL, ESQUIRE</u>**

I, Tanya A. Salgado, hereby certify:

1. I have personal knowledge of the matters set forth herein.

2. I am a partner at the law firm of White and Williams LLP. My office is located at One Liberty Place, 1650 Market Street, Suite 1800, Philadelphia, PA 19103. My phone number is (215) 864-6368; my facsimile number is (215) 789-7671; and my email address is salgadot@whiteandwilliams.com.

3. I am admitted to practice in the Commonwealth of Pennsylvania and am a member of the bar of the United States District Court for the Eastern District of Pennsylvania. I am in good standing in every jurisdiction and court in which I am admitted to practice law.

4. I make this Sponsor Declaration in support of the Motion for Admission *Pro Hac Vice* of Kara M. Maciel, Esquire pursuant to Local Rule of Civil Procedure 83.5.2(b) and Section VIII of this Court's General Pretrial and Trial Procedures.

5. I know, after reasonable inquiry, that Kara M. Maciel, Esquire is a member in good standing of the state and federal courts set forth in her Declaration.

-2-

6. I understand that if Kara M. Maciel, Esquire is admitted *pro hac vice* it will not relieve me of legal duties and responsibilities for this case in matters before the Court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   March 19, 2024                                         **WHITE AND WILLIAMS LLP**

                                          BY:   */s/Tanya A. Salgado*
                                                     Tanya A. Salgado
                                                     Pa. Id. No. 78604
                                                     One Liberty Place
                                                     1650 Market Street, Suite 1800
                                                     Philadelphia, PA 19103
                                                     (215) 864-6368
                                                     (215) 789-7671 (fax)
                                                     salgadot@whiteandwilliams.com
                                                     *Attorneys for Defendant Iron Hill Brewery, LLC d/b/a/ Iron Hill Brewery & Restaurant*